Maurice Cortez **PROCTOR**,
Petitioner–Appellant,

v.

**UNITED STATES PAROLE COMMIS-SION; Joseph Brooks, Warden,**
Respondents–Appellees.

No. 06–6885.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2006.

Decided: Oct. 10, 2006.

Oct. 10, 2006.

Maurice Cortez Proctor, Appellant Pro Se. Jon K. Turner, Office of the United States Attorney, Alexandria, Virginia, for Appellees.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Maurice Cortez Proctor, a federal prisoner, appeals the district court's order denying relief on his Fed.R.Civ.P. 60(b) motion filed in his 28 U.S.C. § 2241 (2000) proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Proctor v. United States Parole Comm'n*, No. 1:04–cv–00055 (E.D.Va. Mar. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*